UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

BILLY STEPHENS                                                                                    PLAINTIFF

v.                                                                      CIVIL ACTION NO. 3:11CV-P511-S

COMMONWEALTH OF KENTUCKY *et al.*                                                DEFENDANTS

## MEMORANDUM OPINION

Upon filing the instant action, Plaintiff Billy Stephens, acting *pro se*, assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

On October 31, 2011, the Court entered an Order (DN 4) directing Plaintiff to show cause why this action should not be dismissed for failure to comply with a deficiency notice issued by the Clerk of Court. On November 7, 2011, the U.S. Postal Service returned the copy of the Order sent to Plaintiff (DN 5). The envelope was marked "Returned to Sender, Attempted - Not Known."

Apparently, Plaintiff is no longer incarcerated at the Kentucky Correctional Psychiatric Center, his address of record, and he has not provided any forwarding address to the Court. Thus, neither notices from this Court nor filings by Defendants can be served on him. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars

of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

  Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date: November 30, 2011

            **Charles R. Simpson III, Judge**
            **United States District Court**

cc:  Plaintiff, *pro se*
4411.005